| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>*[Enter your name, address and telephone number]*<br>TASHONDA A. LIGGINS<br>204 STEPHEN STREET<br>BELLEVILLE, NJ 07109 | 2024 AUG 27 P 3: 55 |
| In Re:<br>*[Enter the debtor's name(s)]*<br>TASHONDA A. LIGGINS | Case No.: 24-17915<br>*[Enter the case number]*<br>Chapter: 7<br>*[Enter the chapter]*<br>Hearing Date: 09/11/2024<br>*[Enter the hearing date]*<br>Judge: HON. S.L. MEISEL<br>*[Enter the judge's last name]* |

### CERTIFICATION OF SERVICE
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]* TASHONDA A. LIGGINS, *[Enter their relationship to the case. For example: debtor, creditor]* MIDLAND CREDIT/MJL in the above captioned case, submits this Certification in support of the Motion for *[Enter title of motion]* SANCTION FOR VIOLATING AUTOMATIC STAY filed by me on *[Enter the date the motion was filed]* 08/27/2024.

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* DEBTOR FILED CHAPTER 7 BANKRUPTCY ON 08/08/2024. DEBTOR WAS GRANTED AUTOMATIC STAY WITH FILING.

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* DEBTOR CONTACTED MICHAEL J. LANZO AND MIDLAND CREDIT TO CONFIRM RECEIPT OF CHAPTER 7 FILING

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* SANCTION MIDLAND CREDIT AND MICHAEL J. LANZO CONTINUE TO GARNISH DEBTOR'S WAGES.

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* DEBTOR TO BE GRANTED FUNDS BACK FROM GARNISHMENT POST CHAPTER FILING DATE OF 08/08/2024.

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]*

I certify under penalty of perjury that the above is true.

Date: 8/27/2024
*[Enter the date this document is signed]*

Signature: Tashonda H
*[Of the party with actual knowledge of the facts set forth above]*